Bronson McCARVER, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Sixth Circuit. March 4, 1925.) No. 4279. In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge. Edward N. Barnard, of Detroit, Mich., for plaintiff in error. Frederic L. Eaton, Asst. U. S. Atty., of Detroit, Mich. (Delos G. Smith, U. S. Atty., of Detroit, Mich., on the brief), for the United States. Before DENISON, DONAHUE, and KNAPPEN, Circuit Judges.

PER CURIAM. McCarver was a (so-called) narcotic inspector. A prisoner taken by the Detroit police in a raid, and supposed to be "wanted" for a federal offense, was informally, but actually, turned over to the United States marshal, and by him sent to and left with McCarver. An assault by one upon the other, and an affray, followed, in which the prisoner was badly beaten. McCarver was indicted, the fact issue as to initial fault was fairly submitted to the jury, and he was found guilty. The only exception taken was to part of the charge. That portion is in obvious response to the argument which defendant's counsel had made to the jury, and the charge was not erroneous, unless it was not thus justified. The record does not show the argument, and we cannot presume error. The fact that there was no stenographic record of a vital fact on the trial does not excuse its omission from the record for review. If the argument was what we are now told it was, the response and comment by the court were wholly justified. There is no rule by which the offense of counsel in making an unfit argument is finally condoned, if he is not then and there stopped by the court and reproved. The court may well, in its discretion, reserve the matter for treatment in the charge. The court's error of fact, in referring the custody by the marshal as being after due arrest, when it was really less formal, was not substantial. The judgment is affirmed.

---

**2**

MOTOR FINANCE & GUARANTY CORPORATION, Appellant, v. Mrs. Kate B. HOWELL, Appellee. (Circuit Court of Appeals, Fifth Circuit. February 21, 1925.) No. 4429. Appeal from the District Court of the United States for the Southern District of Florida; Henry D. Clayton, Judge. T. M. Shackleford, Jr., of Tampa, Fla., for appellant. G. E. Mabry and Doyle E. Carlton, both of Tampa, Fla. (G. E. Mabry, O. K. Reaves, and D. E. Carlton, all of Tampa, Fla., on the brief), for appellee. Before WALKER and BRYAN, Circuit Judges, and DAWKINS, District Judge.

DAWKINS, District Judge. Complainant brought this suit to rescind her subscription to the stock of defendant corporation, made on the 8th and 13th of March, 1922, for $1,500 and $7,500, respectively, upon the ground of fraud and misrepresentation. The fraud alleged consisted in representations made to her by the defendant's stock sales agent that it was a banking and mortgage company, backed by the United States government, and its stock was guaranteed to pay 20 per cent. dividends, that only $1,500 of the stock could be sold to any one person, and that this particular stock was on the market because, and only because, some Georgia people, who had previously held it, had become financially embarrassed and forced to sell. The answer was in substance a general denial. The court below found that practically all of the allegations of fraud and misrepresentation were sustained by the proof and annulled the entire transaction. We have weighed carefully the evidence in the case, and, without finding it necessary to review the same in detail here, are convinced that the conclusions of the trial court, as set forth in its elaborate opinion, are fully sustained both by the facts and the law therein cited. For the reasons assigned, the judgment appealed from is affirmed.